IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | in Proceedings Under |
| Scott Johansen | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Case No. 13-71486 |
| | ) | |

### NOTICE OF CHANGE OF ADDRESS

NOW COMES the law office of Kevin S. Kinkade, on behalf of Debtor, Scott Johansen, hereby gives a notice of Debtor's change of address. The new address for Scott Johansen is as follows:

PO Box 995
Paris, IL   61944

Respectfully submitted,

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434- 4909
(812) 434- 4831 FAX
kinkadeassociates@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, a copy of the foregoing Change of Address was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Robert P. Musgrave
Chapter 13 Trustee
evansville@trustee13.com;cmecf@evvchap13.com

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708

**(812) 434- 4909**
**(812) 434- 4831 FAX**
**kinkadeassociates@hotmail.com**