IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | In Proceedings Under |
| Scott A. Johansen, Sr. ) | Chapter 13 |
| Jackie L. Johansen ) | |
| ) | Case No.: 11-80505-JJG-13 |
| Debtors. ) | |

**DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION
AND NOTICE OF RESPONSE DEADLINE**

**COMES NOW** Debtors, by Counsel, and herewith files this Motion to Modify Plan After Confirmation.  In support of this Motion the Debtors state as follows:

1. Debtors filed for relief under Chapter 13 on April 18, 2011.  The plan was confirmed by Order of this Court on May 27, 2011.  Plan payments are presently $975.00 per month.  There are 19 months remaining;

2. At filing Debtors were the owner of a 2006 Chrysler Town & Country van.  First Financial holds a perfected lien on that vehicle.  Pursuant to the Order of Confirmation the payment on the van is being made through the Trustee conduit;

3. Very recently the vehicle was totaled in an accident.  It is an insured loss.  The total insurance proceeds of the loss are $4,760.48.  The secured portion of the claim of First Financial has been paid but there remains an unsecured portion of the claim in the amount of $5,592.08 due to the classification of the vehicle at filing as a secured claim to which Section 506 is applicable;

4. In order to resolve this issue in a way that will permit the insurance company to obtain title from the lender in order to salvage the totaled vehicle Debtors pray that the confirmed Plan be modified as follows:

    a. that the lender First Financial, having been paid the secured portion of it's claim be ordered to release the title on the van to the insurance company for salvage;

    b. that Debtors be permitted to retain the insurance proceeds in order to purchase a replacement vehicle; and

    c. Plan payment and Plan term to remain the same.

5. This modification is in the best interests of the Debtors, the estate, and the majority of creditors thereof.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within **21** days of the date of this notice [or such other time as may be permitted by Fed.R. Bank.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail or in person at:

United States Bankruptcy Court
352 Federal Building
101 N.W. M.L. King Blvd.
Evansville, IN 47708

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is not timely filed, the requested relief may be granted.** If a response is filed, a hearing will be set at a later date, and all parties will receive notice of that hearing.

  **WHEREFORE**, the Debtors pray the Court modify the confirmed plan as requested herein, and for all other relief deemed appropriate in the premises.

Dated: February 6, 2015        Respectfully submitted,

                /s/ Kevin S. Kinkade
                Kevin S. Kinkade
                Kinkade & Associates, P.C.
                123 N W 4th Street Suite 201
                Evansville, IN 47708
                (812) 434-4909
                (812) 434-4831
                kinkadeassociates@hotmail.com

### Certificate of Service

  The undersigned hereby certifies that on February 6, 2015, a copy of the foregoing **Motion to Modify Plan After Confirmation and Notice of Response Deadline** was filed electronically. Notice of this filing will be delivered to the following concerned individuals electronically, through the Court's electronic case filing system. Parties may access this filing through said system.

| US TRUSTEE | Donald Decker |
|---|---|
| ustregion10.in.ecf@usdoj.gov | ecfmail@decker13trustee.com, ddecker13@ecf.epiqsystems.com |

The undersigned hereby certifies that a true and correct copy of the foregoing document was delivered to the following concerned individuals by U.S. Mail on this day, February 6, 2015.

| Scott Johansen | Jackie Johansen | CitiMortgage, Inc. |
|---|---|---|
| PO Box 995 | 141 S 9th Street | P.O. Box 688971 |

| | | |
|---|---|---|
| Paris, IL 61944 | Clinton, IN 47842 | Des Moines, IA 50368-8971 |
| Alliance One<br>PO Box 3107<br>Southeastern, PA 19398 | Apex<br>1120 W Lake Cook Rd., Ste A<br>Buffalo Grove, IL 60089 | Bayview Loan Servicing, LLC<br>4425 Ponce DeLeon Blvd., 5th Floor<br>Coral Gables, FL 33146 |
| Blackburn Tire And Excavatng<br>211 South 9th St<br>Clinton, IN 47842 | CANDICA L.L.C.<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 | Capital One<br>Bankruptcy Department<br>PO Box 54529<br>Oklahoma City, OK 73154-4529 |
| Care Credit / GE Money<br>PO Box 965036<br>Orlando, FL 32896-0061 | CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | Citi<br>399 Park Ave.<br>New York, NY 10043 |
| CitiFinancial<br>PO Box 6043<br>Sioux Falls, SD 57117 | Dish Network<br>Dept. 0063<br>Palatine, IL 60055 | Fashion Bug<br>PO Box 659728<br>San Antonio, TX 78265-9728 |
| Feiwell & Hannoy<br>251 North Illinois St<br>Indianapolis, IN 46204 | First Financial Bank<br>PO Box 2122<br>Terre Haute, IN 47808 | GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| Home Depot<br>PO Box 20363<br>Kansas City, MO 64195 | Household Bank<br>12447 SW 69th Ave<br>Tigard, OR 97223 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 |
| HSBC Mortgage<br>636 Grand Regency Blvd<br>Brandon, FL 33510 | JC Penneys Credit Card<br>PO Box 965009<br>Orlando, FL 32895 | Judith Brewer<br>1239 Pinoak Lane<br>Rantoul, IL 61866 |
| Lowes/GEMB<br>PO Box 965004<br>Orlando, FL 32896 | Midland Credit Management<br>8875 Aero Dr<br>San Diego, CA 92123 | Midwest Medical Management<br>PO Box 42329<br>Philadelphia, PA 19101 |
| Nco Financial Serives<br>507 Prudential Rd<br>Horsham, PA 19044 | Parke Clinic PC<br>PO Box 266<br>Clinton, IN 47842 | Personal Finance Co LLC<br>3000 B East Morgan Ave<br>Evansville, IN 47711 |

| | | |
|---|---|---|
| Personal Finance Company<br>PO Box 10292<br>Terre Haute IN 47801 | Portfolio Recovery Associates, LLC<br>120 Corporate Blvd, Ste 100<br>Norfolk VA 23502 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Tate & Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia, PA 19154-1207 | Union Hospital<br>801 Main St<br>Clinton, IN 47842 | Verizon Wireless<br>Bk.Department<br>500 Technology Dr., #550<br>St. Charles, MO 63304 |
| Vermillion County Assesor<br>255 South Main St<br>Newport, IN 47966 | Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434-4909
(812) 434-4831
kinkadeassociates@hotmail.com